**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JORGE CONCEPCION,**<br>*Plaintiff,*<br><br>**v.**<br><br>**KYLE A. RUSSELL, CLIFF KNAPPENBERGER, VICKY BREALEY, RHONDA GAETANIELLO, DAVID KNEAL, LISA SNYDER, and SKYE KLINE,**<br>*Defendants.* | **CIVIL ACTION No. 25-04479** |

**ORDER RE: MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, this 29th of July 2026, upon consideration of Defendants' Motions for Summary Judgment (ECF 41 and ECF 45), it is hereby **ORDERED** that Defendants' Motions for Summary Judgment (ECF 41 and 45) are **GRANTED** on Counts I, II, and III. Count IV shall be **DISMISSED** without prejudice. Judgment shall be entered in favor of Defendants Russell, Knappenberger, Brealey, Gaetaniello, Kneal, Snyder, and Kline, and against Plaintiff Concepcion in this case.

The Clerk of the Court shall close this case.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-4479 Concepcion v Russel\Concepcion MSJ Order.docx